**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Sauba Kaska,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR15-08026-001-PCT-JAB<br><br>**ORDER** |

The defendant appeared in court and admitted to violating the conditions of probation as alleged in Paragraph A and B of the Petition to Revoke Unsupervised Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his unsupervised probation.

IT IS ORDERED reinstating the defendant on unsupervised probation subject to the previously ordered conditions set forth on February 9, 2015.

IT IS FURTHER ORDERED that paragraph C of the Petition to Revoke Unsupervised Probation is dismissed.

Dated this 14th day of March, 2016.

_Eileen S. Willett_
Eileen S. Willett
United States Magistrate Judge